| | |
|---|---|
| 1 | MARK B. FREDKIN, ESQ. [State Bar No. 53550] |
|   | WILLIAM SIAMAS, ESQ. [State Bar No. 133111] |
| 2 | MORGAN, FRANICH, FREDKIN & MARSH |
|   | 99 Almaden Boulevard, Suite 1000 |
| 3 | San Jose, California 95113-1606 |
|   | Telephone: (408) 288-8288 |
| 4 | Facsimile: (408) 288-8325 |
| 5 | Attorneys for Defendant |
|   | KLA-TENCOR CORPORATION |

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HSD CORPORATION, | CASE NO. C 06-02778 MHP |
| Plaintiff, | SUBSTITUTION OF ATTORNEYS |
| vs. | |
| KLA-TENCOR CORPORATION | |
| Defendant. | |

Defendant KLA-Tencor Corporation hereby substitutes the law firm of Morgan, Franich, Fredkin & Marsh as attorneys of record in this action in place and stead of Winston & Cashatt.

June 23, 2006

KLA-Tencor Corporation                        Winston & Cashatt

_____                       _____
Teri Little, Esq.                             James E. Reed, Esq
Senior Corporate Counsel

Morgan, Franich, Fredkin & Marsh

_____
William Siamas, Esq.

**IT IS SO ORDERED**
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

June 27, 2006