1  MARK B. FREDKIN, ESQ. [State Bar No. 53550]
   WILLIAM SIAMAS, ESQ. [State Bar No. 133111]
2  MORGAN, FRANICH, FREDKIN & MARSH
   99 Almaden Boulevard, Suite 1000
3  San Jose, California  95113-1606
   Telephone:  (408) 288-8288
4  Facsimile:  (408) 288-8325

5  Attorneys for Defendant
   KLA-TENCOR CORPORATION

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HSD CORPORATION,<br><br>     Plaintiff,<br><br>vs.<br><br>KLA-TENCOR CORPORATION<br><br>     Defendant. | CASE NO.  C 06-02778 MHP<br><br>[proposed] **ORDER GRANTING REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND FOR EXTENSION OF ADR DEADLINES** |

The Case Management Conference in the above-entitled matter shall be continued to from July 24, 2006 to September 18, 2006.  The due dates set forth in the Court's Order Setting Initial Case Management Conference and ADR Deadlines dated April 24, 2006, shall be continued accordingly.

Dated: __July 25, 2006_____

_____
MARILYN H. PATEL
United States District Judge

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*