1  Jesse F. Ruiz (SBN 77984) [jfr@robinsonwood.com]
   Bonnie M. Ross (SBN 178591) [bmr@robinsonwood.com]
2  ROBINSON & WOOD, INC.
   227 North First Street
3  San Jose, CA 95113
   Telephone: (408) 298-7120
4  Facsimile: (408) 298-0477

5  Scott Christopher Cifrese [ scott.cifrese@painehamblen.com]
   PAINE HAMBLEN COFFIN BROOKE & MILLER
6  717 W. Sprague Ave., Suite 1200
   Spokane, WA 99201-3503
7  Telephone: (509) 455-6000
   Fax: (509) 838-0007
8

9  Attorneys for Plaintiff
   HSD CORPORATION
10

11                  UNITED STATES DISTRICT COURT

12        NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

13

14 HSD CORPORATION,                    Case No. 3-06-CV-02778-MHP

15        Plaintiff,                   [PROPOSED] ORDER TO CONTINUE
                                       FURTHER CASE MANAGEMENT
16        vs.                          CONFERENCE

17 KLA-TENCOR CORPORATION,

18        Defendant.
                                    /
19

20 THE PARTIES HAVING STIPULATED AND AGREED, THE COURT HEREBY
   ORDERS:
21
        (1) That the Further Case Management Conference currently set for Monday,
22 February 26, 2007 at 3:00 p.m. is continued to March 14, 2007 at 2:30 ~~2:00~~ p.m.

23      (2) That the parties will appear at the Further Case Management Conference via
24 telephonic appearance:

25      Jesse F. Ruiz for Plaintiff to be reached at: ~~(408) 792-5906~~

26      William Siamas ~~for~~ [IT IS SO ORDERED / Judge Marilyn H. Patel] reached at: ~~(408) 288-8288~~

27                                              PARTIES ARE TO JOINTLY CALL
28                                              AT 2:30 PM (415)522-3600.
   Dated: 2/223/07

Robinson & Wood, Inc.
227 North First Street
San Jose, CA 95113
(408) 298-7120

                                        1
---
[PROPOSED] ORDER TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE  3:06-CV-02778-MHP

SO ORDERED.

Dated: _____      _____
                                  Honorable Marilyn Hall Patel

Robinson & Wood, Inc.
227 North First Street
San Jose, CA 95113
(408) 298-7120