JESSE RUIZ [77984]
ROBINSON & WOOD, INC.
227 N. First Street
San Jose, California 95113-1000
Telephone: (408) 298-7120
Facsimile: (408) 298-4184

Attorneys for Plaintiff
HSD Corporation

MARK B. FREDKIN, ESQ. [53550]
WILLIAM SIAMAS, ESQ. [133111]
MORGAN, FRANICH, FREDKIN & MARSH
99 Almaden Boulevard, Suite 1000
San Jose, California 95113-1606
Telephone: (408) 288-8288
Facsimile: (408) 288-8325

Attorneys for Defendant
KLA Tencor Corporation

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| HSD CORPORATION, | CASE NO. C 06-02778 MHP |
|---|---|
| Plaintiff, | |
| vs. | STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE AND [PROPOSED] ORDER OF DISMISSAL |
| KLA-TENCOR CORPORATION | |
| Defendant. | |

Based on a settlement reached between the parties after mediation, it is hereby stipulated by the parties through their designated counsel that the above-entitled action be, and hereby is, dismissed with prejudice pursuant to FRCP 41(a)(1).

Dated: August 3, 2007          Robinson & Wood, Inc.

By: /s/ Jesse Ruiz
    Jesse Ruiz
    Attorneys for Plaintiff
    HSD Corporation

Stipulation For Dismissal of Action; Order          1

Dated: August 3, 2007         Morgan, Franich, Fredkin & Marsh

                              By: /s/ William Siamas
                                  William Siamas

## ORDER

Pursuant to the foregoing stipulation, and good cause appearing, the action shall be dismissed with prejudice.

Dated: August 13, 2007        _____
                              Marilyn Hall Patel
                              Judge of the United States District Court

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*